No. 416. RIFFE v. WILSHIRE OIL CO. OF TEXAS. C. A. 10th Cir. Certiorari denied. *Gerald G. Stamper* for petitioner. *Richard H. Shaw* for respondent.

No. 107. HAYMAN v. COMMISSIONER OF INTERNAL REVENUE. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Walters, Crombie J. D. Garrett,* and *Benjamin M. Parker* for respondent.

No. 219. TIJERINA ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Morton Stavis, Arthur Kinoy, William M. Kunstler, Dennis J. Roberts,* and *William L. Higgs* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 122. FREEMAN ET AL. v. GOULD SPECIAL SCHOOL DISTRICT OF LINCOLN COUNTY, ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Burl C. Rotenberry, George Howard, Jr.,* and *Philip J. Hirschkop* for petitioners. *Robert V. Light* and *Herschel H. Friday* for respondents.

No. 211. BROADWAY ENTERPRISE, INC. v. LIQUOR CONTROL COMMISSION OF OHIO. Sup. Ct. Ohio. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *William J. Abraham* for petitioner. *Paul W. Brown,* Attorney General of Ohio, *James E. Rattan,* Assistant Attorney General, and *Shelby V. Hutchins* for respondent.